STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
RICHARD MENZEL, PLAINTIFF IN ERROR.

Submitted May 28, 1948—Decided September 3, 1948.

For the plaintiff in error, *Benjamin M. Ratner*.

For the defendant in error, *Duane E. Minard, Jr.*

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Chief Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, BODINE, DONGES, EASTWOOD, BURLING, JACOBS, WELLS, DILL, FREUND, MC-LEAN, SCHETTINO, JJ. 11.

*For reversal*—None.